# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1413.  BUNKER et al. v. BAILEY et al.

Upon consideration of the appellants' motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above-styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/31/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*